Same case below, 597 F.3d 720.

**No. 09-10953. Corey Louis Hines, Petitioner v. R. Richards, et al.**

561 U.S. 1034, 130 S. Ct. 3524, 177 L. Ed. 2d 1106, 2010 U.S. LEXIS 5334, ■

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-10958. Donald A. Davis, Petitioner v. Department of Justice.**

561 U.S. 1034, 130 S. Ct. 3524, 177 L. Ed. 2d 1106, 2010 U.S. LEXIS 5506, ■

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 368 Fed. Appx. 124.

**No. 09-10966. Luther Jenkins, IV, Petitioner v. United States.**

561 U.S. 1034, 130 S. Ct. 3524, 177 L. Ed. 2d 1106, 2010 U.S. LEXIS 5460.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 368 Fed. Appx. 380.

**No. 09-10980. Harlan Culbertson, Petitioner v. United States.**

561 U.S. 1034, 130 S. Ct. 3525, 177 L. Ed. 2d 1106, 2010 U.S. LEXIS 5505.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 364 Fed. Appx. 998.

**No. 09-10983. Clarence Clark, Petitioner v. United States.**

561 U.S. 1034, 130 S. Ct. 3525, 177 L. Ed. 2d 1106, 2010 U.S. LEXIS 5467.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 362 Fed. Appx. 74.

**No. 09-10986. Gilberto Marquez-Reyes, Petitioner v. United States.**

561 U.S. 1034, 130 S. Ct. 3525, 177 L. Ed. 2d 1106, 2010 U.S. LEXIS 5359.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-10990. Jason Lee Jennen, Petitioner v. United States.**

561 U.S. 1034, 130 S. Ct. 3525, 177 L. Ed. 2d 1106, 2010 U.S. LEXIS 5440.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 596 F.3d 594.